JS-6

VICK LAW GROUP, APC
Scott Vick (SBN 171944)
800 West Sixth Street, Suite 1220
Los Angeles, California 90017
Telephone: (213) 784-6225
Facsimile: (213) 784-6227
E-mail:      Scott@vicklawgroup.com

HILL, KERTSCHER & WHARTON, LLP
Vivek Ganti (SBN 275554)
3350 Riverwood Parkway, Suite 800
Atlanta, GA  30339
Telephone: (770) 953-0995
Fax: (770) 953-1358
E-Mail:     vg@hkw-law.com

*Attorneys for Defendants Impact Products*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESH PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>IMPACT PRODUCTS, LLC,<br><br>Defendants. | Case No. CV 19-5994-GW-AFMx<br><br>**ORDER GRANTING STIPULATION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** |

# ORDER

Upon consideration of the Stipulation to Transfer Venue pursuant to 28 U.S.C § 1404(a), and for good cause shown, the Court hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1. The clerk shall transfer this action, in its entirety, to the Northern District of Ohio, Toledo Division.

2. All pretrial deadlines shall be stayed pending transfer of this action.

**IT IS SO ORDERED.**

DATED: September 10, 2019

_____
Hon. George H. Wu
United States District Judge